**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

RICHARD ARJUN KAUL, M.D.,

          Petitioner

          v.

PENNSYLVANIA MEDICAL BOARD,

          Respondent

: No. 13 MM 2021
:
:
:
:
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

    **AND NOW**, this 6th day of April, 2021, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.